COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

CARMEN STARK,                 §           No. 08-17-00015-CV

         Appellant,         §            Appeal from the

v.                      §           205th District Court

QUICK SELL BUYERS, LLC,     §        of El Paso County, Texas

         Appellee.          §           (TC# 2016DCV2971)

§

# **O R D E R**

Pending before the Court is Appellee's motion to reinstate the appellate timetable. The motion is GRANTED. The clerk's record (1 volume) which was received on February 9, 2017 has this day been filed, and the reporter's record is now due April 28, 2017.

IT IS SO ORDERED this 29th day of March, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.